# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

### Report on Offender Under Supervision

Name of Offender:   Preston Q. Howard                               Docket No.: 4:19CR00959-1 AGF

Name of Sentencing Judicial Officer:   The Honorable James Randal Hall, Chief Judge United States District Court, Southern District of Georgia; On November 15, 2019, jurisdiction transferred to The Honorable Audrey G. Flessig, United States District Judge, Eastern District of Missouri.

Date of Original Sentence: July 24, 2018

Original Offense: Ct. 1-3: Obstruction of Persons in the Free Exercise of Religious Beliefs

Original Sentence: 24 months imprisonment, this term consists of 24 months imprisonment as to each of Counts 1 through 3, all to be served concurrently and 3 years supervised release; This term consists of terms of 3 years supervised release as to each of Counts 1 through 3, to be served concurrently.

Type of Supervision: Supervised Release          Date Supervision Commenced: September 10, 2019
                                                                         Expiration Date: September 9, 2022

---

This report is being submitted to request that the summons issued on March 11, 2022 be recalled.

On March 11, 2022, the Court issued a summons for Mr. Howard to appear before The Honorable Audrey G. Fleissig on March 23, 2022.  Since the issuance of that summons, the probation office has learned of additional noncompliance and intends to submit a separate petition requesting that a warrant be issued.  Additionally, related to the additional noncompliance that will be included in the petition for warrant, Mr. Howard is currently in custody in the Warren County Jail for charges of Terrorist Threat – 1st Degree, filed under Missouri state case number 22BB-CR00153.  Due to his current custody status, it appears Mr. Howard would be unavailable to report in person for the scheduled summons hearing.

## RECOMMENDATION:

It is the recommendation of the United States Probation Office that the summons issued on March 11, 2022, be recalled.

|  |  |
|---|---|
| Approved, | Respectfully submitted, |
| *[signature]* | *[signature]* |
| by Timothy J. Goehring<br>Supervising U.S. Probation Officer | by Timothy J. Goehring, for<br>John T. Wolf<br>U.S. Probation Officer |
| Date: March 18, 2022 | Date: March 18, 2022 |

## THE COURT ORDERS

☒ Summons Recalled
☐ Other

*[signature]*
Signature of Judicial Officer

March 18, 2022
Date

I:\Supervision\12AS3\Howard, Preston Q. 12AS3 419CR00959-1 AGF 03-18-2022.docx

2