UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-CR-00959-AGF ) |
| PRESTON Q. HOWARD, | ) ) |
| Defendant. | ) ) ) |

## ORDER

This matter came before the Court on this date for a Non-Compliance Hearing. Defendant was present and represented by his attorney, Assistant Federal Public Defender Rachel Korenblat. The Government was represented by Assistant United States Attorney Tiffany Becker. At the hearing, Defendant agreed to the modification request, but requested access to the questions and answers from the therapist's exam deeming such modification necessary. Based on Defendant's agreement,

**IT IS HEREBY ORDERED** that the modification requested in the Request of Summons and Modification of the Conditions of Term of Supervision (Doc. No. 40) is **GRANTED**. Defendant's terms of supervised release are modified to include a special condition that he participate in a sex offense-specific treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). If it is determined there are costs associated with any services provided, the defendant shall pay those costs based on a co-payment fee established by the probation office.

**IT IS FURTHER ORDERED** that the parties shall have **seven (7) days** to confer and file a response with the Court advising if there are objections to Defendant obtaining access to the questions and answers from the therapist's exam, and if there are objections, whether they can be addressed through some form of protective action.

Dated this 1st day of October, 2024.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE