# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.

**PRESTON Q. HOWARD**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: **4:19-CR-00959-AGF(1)**
USM Number: **47183-044**
**William David Mueller**
Defendant's Attorney

**THE DEFENDANT:**

| | | |
|---|---|---|
| ☐ | admitted guilt to the following violation of condition(s): | (See violations listed below) |
| ☒ | was found in violation by a preponderance of the evidence of the following condition(s) after denial of guilt: | (See violations listed below) |

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition (per modification dated June 10, 2024) | You must submit to substance abuse testing to determine if you have used a prohibited substance. | 11/9/2024 |
| Standard Condition No. 13 | You must follow the instructions of the probation officer related to the conditions of supervision. | 11/18/2024 |
| Special Condition (per modification dated October 1, 2024) | You must participate in a sex offense-specific treatment program and follow the rules and regulations of that program. | 11/18/2024 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)    Mandatory Condition No. 1 and Special Condition for Drug Treatment on 11/14/2024    and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 1137

Defendant's Year of Birth: 1968

City and State of Defendant's Residence:
Wright City, Missouri

**December 18, 2024**
Date of Imposition of Judgment

Signature of Judge

**AUDREY G. FLEISSIG**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**December 18, 2024**
Date

AO 245D (Rev. MOED 9/19) Judgment in a Criminal Case                                                                  Judgment -- Page 2 of 2

DEFENDANT:            PRESTON Q. HOWARD
CASE NUMBER:         4:19-CR-00959-AGF(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

 Seven  (7) months.

☐      The court makes the following recommendations to the Bureau of Prisons:


☒      The defendant is remanded to the custody of the United States Marshal.

☐      The defendant shall surrender to the United States Marshal for this district:

       ☐      at                              ☐      a.m.       ☐      p.m.      on

       ☐      as notified by the United States Marshal.

☐      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ☐      before 2 p.m. on
       ☐      as notified by the United States Marshal.
       ☐      as notified by the Probation or Pretrial Services Office.


**MARSHALS RETURN MADE ON SEPARATE PAGE**

DEFENDANT:       PRESTON Q. HOWARD
CASE NUMBER:     4:19-CR-00959-AGF(1)
USM Number:      **47183-044**

## UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

**I have executed this judgment as follows:**

Date defendant was delivered with certified copy of this judgment:_____


Name and location of facility:_____


☐ Defendant was sentenced to Time Served and was released on:_____

☐ Defendant was sentenced to _____ months/years of Probation and was released on:_____

☐ Defendant was sentenced to _____ months/years of Supervised Release and was released on:_____


_____
NAME OF US MARSHAL/WARDEN


_____
By: NAME OF DEPUTY US MARSHAL/CSO